IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN COOPER,

    Plaintiff

vs.

LT. JASON SEEBA, *et al.*,

    Defendants

CIVIL NO. 1:CV-16-2073

(Judge Caldwell)

## *O R D E R*

AND NOW, this 25th day of April, 2017, in accordance with the accompanying memorandum, it is ordered that Plaintiff's Motion for Appointment of Counsel (ECF No. 4) is denied.

          /s/ William W. Caldwell
          William W. Caldwell
          United States District Judge