# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN COOPER, | : | 1:16cv2073 |
|     Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| LT. JASON SEEBA, et al., | : | |
|     Defendants | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 9th day of March 2017, upon consideration of the Defendants' motion (Doc. 21) for summary judgment pursuant to Federal Rule of Civil Procedure 56, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motion (Doc. 21) for summary judgment is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of Defendants Hess, Klosner, Edinger and Diltz.

3. The Complaint against Defendants Seeba and Seagraves is DISMISSED pursuant to Federal Rule of Civil Procedure 4(m).

4. The Clerk of Court is directed to CLOSE this case.

5. Any appeal from this order is deemed frivolous and not in good faith. See 28 U.S.C. §1915(a)(3).

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**